IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICHARD AMUN'RA BEY                                                          PLAINTIFF

v.                                              CIVIL ACTION NO.  1:25-cv-00188-GHD-RP

LYNN FITCH; et al.                                                          DEFENDANTS

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and

Recommendation [10] of the United States Magistrate Judge dated February 23, 2026, regarding

the transfer or dismissal of this matter for improper venue, was on that date duly served upon the

*pro se* Plaintiff; the Plaintiff has submitted an untimely objection to the Report and

Recommendation.

For the reasons aptly set forth in the Magistrate Judge's Report and Recommendation, the

Court is of the opinion that the Report and Recommendation should be approved and adopted as

the opinion of the Court.  The Plaintiff's claims clearly arise from a series of events occurring

outside this federal district in Jackson, Mississippi.  Pursuant to 28 U.S.C. §1391(b), this Court is

therefore an improper venue for this action.  Accordingly, the Court shall approve and adopt the

Magistrate Judge's Report and Recommendation as the opinion of the Court and shall dismiss this

action without prejudice pursuant to 28 U.S.C. §1406(a).

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [10] of the United States Magistrate Judge dated February 23, 2026, is hereby approved and adopted as the opinion of the Court;

2) the Plaintiff's claims are hereby DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §1406(a); and

3) this case is CLOSED.

SO ORDERED, this, the __14th__ day of April, 2026.

_____

SENIOR U.S. DISTRICT JUDGE